**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| KAYLA WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:26-CV-4 (MTT) |
| | ) |
| KUBERA REIT LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Plaintiff Kayla Woods moves for court-appointed counsel. ECF 4. Woods states that she cannot afford counsel and her case presents complex legal issues beyond the ability of a pro se litigant. *Id.* She also states that she previously retained counsel, but "that counsel proved to be incompetent and unable to adequately represent [her] interests." *Id.* at 2. "Appointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted). Rather, "[i]t is a privilege that is justified only by exceptional circumstances." *Id.* (citation omitted). Woods has not shown exceptional circumstances warranting the appointment of counsel in her civil case at this time. Accordingly, her motion (ECF 4) is **DENIED**.

**SO ORDERED**, this 29th day of June, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT