IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KAYLA WOODS,                                    *

           Plaintiff,                        *

v.                                              Case No.   5:26-cv-00004-MTT

                                *

KUBERA REIT LLC,                                *

           Defendant.                        *

_____            *

**J U D G M E N T**

Pursuant to this Court's Order dated July 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of July, 2026.

                          David W. Bunt, Clerk

                          s/ Erin Pettigrew, Deputy Clerk